# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**AARON COX,**
**Plaintiff,**

vs.  Case Number:  **05-2258**

**PATRICK HARTSHORN, ET AL,**
**Defendants.**

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the defendants and against the plaintiff.  The parties shall bear their own costs.  Case terminated.

ENTER this 24th day of August 2007

s/JOHN M. WATERS, CLERK
JOHN M. WATERS, CLERK

s/K. Wynn
BY:  DEPUTY CLERK